Weaver, J.
(concurring). I concur in the order of this Court agreeing with the recommendation of the Judicial Tenure Commission that the respondent, the Honorable Norene S. Redmond, be publicly censured on the basis of the findings of fact to which the respondent stipulated.
I write separately to note that the commission’s recommendation includes findings based on facts to which the respondent did not stipulate. Specifically, paragraph 3 of the settlement agreement states:
3. The parties stipulate that a set of stipulated facts (“Stipulated Facts”) shall be presented to the Commission, which shall he the sole factual basis for the Commission’s decision and recommendation in this matter.
Because the commission exceeded the scope of the agreement to which the respondent stipulated by basing its recommendation on additional facts not included in the original stipulation, the respondent would likely be relieved from her corresponding promise to accept public censure. However, because the respondent has not challenged the inclusion of additional facts beyond the facts to which she stipulated, I concur in the order of public censure.
Corrigan, J. I join the statement of Justice Weaver.